**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

-------------------------------------------------------------x

**AL FALAH CENTER, *et al.*,**

**Plaintiffs,**

**- against -**

**TOWNSHIP OF BRIDGEWATER, *et al.*,**

**Defendants.**

-------------------------------------------------------------x

**Civil Action**

**NO.: 3:11-cv-02397-JAP-LHG**

**ELECTRONICALLY FILED**

## DECLARATION OF ERIK C. WALSH

I, Erik C. Walsh, declare under penalty of perjury as follows:

1. I am a member of the Bar of the State of New York and an associate at the law firm of Arnold & Porter LLP, attorneys for Plaintiffs.

2. I personally accessed each of the Exhibits to this Declaration from the websites of various publications and organizations that are local to the Bridgewater, N.J. area. The dates I accessed the Exhibits are indicated in the bottom right hand corner of each Exhibit.

3. The quotations from the Exhibits cited in this Declaration are exactly as they appear in the Exhibits; they have not been edited for spelling or grammar.

### Press and Online Commentary in Advance of the January 24, 2011 Planning Board Hearing on the Al Falah Site Plan Application

4. Attached as Ex. A is a January 17, 2011 article from MyCentralJersey.com titled, "Mosque proposed at former Redwood Inn property in Bridgewater." The article announces the January 24, 2011 Planning Board hearing on the Al Falah Site Plan Application. There are 63 comments posted in response to the article, including:

- "Just another place for terrorists to assemble under the guise of freedom of religion."

- Sadly many people lost in 9/11 were from towns in the Watchung mountains. While it may be easy for many of you to forgive everybody and move on 9/11 and the people that were killed by the islamic jihadist's are still in the forefront of many residents minds. People attending this mosque may be the kindest on earth, sadly thou our country has been at war with their fellow countrymen for 10 years. Every day you read the news and our service people are being maimed or killed, they hate us. Do you remember the uproar before the holidays about the mosque going in close to Ground Zero? So as much as you may be cool with a mosque going up the majority of the people in the area are not, plan and simple. NEVER FORGIVE NEVER FORGET."

- "There goes the neighborhood...As a resident, I don't want it either. Stay down in South Brunswick."

5. Attached as Ex. B is a printout of a January 21, 2011 posting on the Somerset County Tea Party's Facebook page. The post is titled, "New Mosque Proposed in Bridgewater." Underneath, it states "There is a Planning Board Meeting at the Bridgewater Town Hall on Mon. Jan. 24th at 7pm. We encourage as many of our members as possible to attend in order" [the remainder is cut-off].

**Press and Online Commentary Following the Postponement of the <u>January 24, 2011 Planning Board Hearing on the Al Falah Site Plan Application</u>**

6. Attached as Ex. C is a printout of a January 24, 2011 posting on the Somerset County Tea Party's Facebook page. The post reports that the Planning Board postponed the hearing that night on the Al Falah Site Plan Application because the hearing room was too small to accommodate the crowd of over 400 people who wanted to attend the hearing. One of the comments to the post states, "Thousands show up and stop the radical takeover of the tri-state area."

7. Attached as Ex. D is a printout from the Somerset County Tea Party's Twitter page, indicating that it has 924 followers as of May 4, 2011.

8. Attached as Ex. E is a January 24, 2011 article published on MyCentralJersey.com titled, "Bridgewater Planning Board Postpones Mosque Hearing." The

article states that the Planning Board postponed the hearing on the proposed mosque because the hearing room could not hold the more than 400 people in attendance. There are 43 comments posted in response to the article, including the following posts from one individual:

- "People, I was very active with the attempt to stop the Sri (Hindu) Temple expansion so listen to what I have to say. THE LAW DOES NOT CARE WHAT YOU THINK ABOUT HINDUS-if you bring it up at a meeting you will be told to zip it and what you say does not matter. THE HINDUS HAVE BROUGHT THE PROPERTY-UNLESS THEY DECIDE TO SELL TO BRIDGEWATER IT IS THEIR PROPERTY. THE LAW ALLOWS THE CONSTRUCTION OF TEMPLES IN RESIDENTIAL AREAS THEY WILL LIKELY INVOKE A NATIONAL LAW ON RELIGIOUS DISCRIMINATION-THAT HAS NEVER BEEN DEFEATED. Once invoked with the Hindu Temple Bridgewater was asked by judge to reexamine it's prejudice and the planning board/board of adjustment settled. Assuming the citizens of the area convince the Board of Adjustment to fight (400 people at the meeting is a good start). What everyone needs to do is research/find/pay experts to convince any judge (assuming this goes to State/Federal Court) based on problems such as traffic, safety and else" [this is the end of the post]

- "Correction to above-the law does not care what you think of Muslims and Mosques."

- "The only way this can possibly be defeated is argue that 1) due to the fact that the mosque is a 24/7 facility (e.g daycare) the one lane surrounding roads such as Mine, Crim, yada? will be so affected that it offsets the religious freedom (or impact on) of the Muslims. That's a tough one though I believe it is true as the roads can't really be upgraded. In inclimate weather those roads are outright dangerous. The other legal argument Bridgewater could have is that there are many other Mosques/proposed Mosques that could handle the same functions at this Mosque. How Many Mosques are in New Jersey and in surrounding areas? Unless Muslims are intimidated out of the project (worked real well near Ground Zero)-or some land tradeoff is arranged-that the arguments I have are probably the only chance to stop the Mosque completely. Else you want to minimize impact.
  If you had been involved in the efforts to stop the Hindu Temple expansion you' know.
  Until it's in your backyard..."

9. Attached as Ex. F is a January 25, 2011 article published on MyCentralJersey.com titled, "Bridgewater Looking for Bigger Venue to Fit Crowd to Hear

Mosque Application." The article is about the postponed January 24, 2011 Planning Board hearing on the Al Falah Site Plan Application. The article quotes a Bridgewater resident who described the proposal for a mosque as "'unnerving.'" She continued, "'This mosque represents more. It represents a coming in and taking over an entire community by the Islamic World.'" According to the article, the speaker heard about the Planning Board hearing on the Al Falah application "through an e-mail." The same resident was also quoted as saying "'I don't want prayer calls in my backyard.'" And even though the resident lives "approximately two miles from the proposed mosque," she was "also concerned about traffic resulting from the proposed mosque."

10. There are 24 comments posted in response to the article attached as Ex. F, including:

- "… They want you to think that [it] is a religion of peace, but it is not.. it is a religion of hate for the western life style.. it has been admitted by many. do some research.. for a religion of peace there sure are a lot of fanatics that don't hessitate to strap a bomb to themselves."
- Responding to the post above, "Good post - it is ALL about the fanatics trying to disrupt western society. It is very well documented. More people need to wake up to this threat, and yes, it is a threat!! And the difference between all the other religions is that these Islamic leaders want to take over the world, and not integrate itself and respect other religions."

11. Attached as Ex. G is a January 28, 2011 opinion piece published on MyCentralJersey.com titled, "Racist Reaction to Mosque Plan a Too-Familiar Public Response." The piece is about the reaction of residents being fueled, in part, by racism. There are 29 comments posted in response, including:

- "A muslim woman that I used to work with told me the koran says 'white people are the devil'. So far, I have never seen or heard a muslim deny it. That says a lot right there."
- "Indeed, let's be honest. Islam is backwards, violent, hatred-filled, evil cult whose followers are commanded in their 'holy' book the Koran to kill

> all 'infidels' (ie. non-Mulsims) and Jews. In a region of the world where this 'religion' (really a political system) holds sway, all non-Muslims are second class citizens with no rights whatsoever under Islamic law. Women are treated as property and are subjected to barbaric treatment- genital mutilation, 'honor killings', etc. If a woman is raped, her 'punishment' is a gang rape. If a daughter 'dishonors' her family (for example, by talking to an unrelated man in public), she is killed. If a woman gets out of line, her nose and ears are cut off. Homosexuals are executed. Nice. Islam's goal is to take over the world. All sensible people in the west see the extreme threat that Islam poses to a western society. And because we are rightfully alarmed by the growing presense of this violent 'religion' in our own country we are branded as "racists"...as if that makes any sense at all. Muslims are a race? Do not fall for the old liberal tripe that Islam is a religion of 'peace'. It is the exact opposite. WAKE UP America. Islam is the enemy and Muslims want you dead...or at least in second class 'dhimmi' servitude."

12. Attached as Ex. H is a January 30, 2011 article from NJ.com titled, "Proposed Islamic Mosque in Bridgewater Draws Concerns From Residents About Traffic." The article is about the public's reaction to the Al Falah Site Plan Application. There are 73 comments posted in response to the article, including:

- "Next, Sharia law, get ready all non-muslims, they will overcome and make us all bend to their beliefs.
  OK maybe I am being a little paranoid, maybe not?"
- "Just what we need..another terrorist training center. and if anyone believes all that goes on in these mosques is worship, you're just as stupid as the people approving these things. Hope someone in the b'water planing board has the balls to say NO."
- "So, with all your beliefs, I guess it would just be fine if I built a Catholic Church dead center of Iraq, Afgahnistan or other countries that hate us! Why are any of these pieces of #*& even allowed here?
  Sorry forgot, Baraq Hussein said it's just fine! Largest deficite ever to that POS. Good luck to all, glad I'm getting old and won't have to watch the destruction of the USA too much longer. Just feel sorry for my younger family."

13. Attached as Ex. I is a February 2, 2011 article from CourierPostOnline.com titled, "Next Bridgewater Mosque Hearing to be Held at Somerset County Vo-Tech." The article is about the postponed January 24, 2011 Planning Board hearing on the Al Falah Site Plan

application. According to the article, "Mayor Patricia Flannery, who has served on the Planning Board for nine years—eight as mayor, one as Township Council member, said the Jan. 24 meeting was the largest turnout she had ever seen."

14. The February 2, 2011 article attached as Ex. I also states that the Somerset County Tea Party president "will encourage members to the attend" the rescheduled hearing on the Al Falah Site Plan Application February 28, "just as he did for the Jan. 24 meeting." The Tea Party president is quoted: "I'm very sensitive to folks' investment in their homes, and people preserving their home value." According to the article, the Tea Party president does not live in Bridgewater. The Tea Party president also told the reporter that "the Somerset County Tea Party sent out an e-mail when people who live near the mosque proposal asked him to help get the word out."

**Press and Online Commentary in Advance of the February 28, 2011**
**<u>Planning Board Hearing on the Al Falah Site Plan Application</u>**

15. Attached as Ex. J is a February 13, 2011 article from MyCentralJersey.com titled, "Be Careful What Religion You Criticize." The article is a response to a woman's letter against the proposed Islamic school. There are 13 comments posted in response to the letter, including:

- "Your attempts at moral equivalence between the literal and violent interpretation of the islamic quran and the abstract and socially acceptable interpretation of the bible after the reformation indicates a complete blind spot in your though process and education. The religious reformation of Christianity renders your argument null and void. Whether saudi wahabi sponsored or muslim brotherhood sponsored, the majority of mosques teach a strict form of islamo fascism!"

- "What's sad is that our nation has become so politically correct, that you can no longer express legitimate fears and concerns without being labeled racist. Not all Muslims are radicalized but there are enough to warrant legitimate concerns. How many reminders do we need? No one, not the FBI nor the Army, would address concerns with Major Nidal Hissan and he left 12 innocent victims dead at Ft. Hood and another 31 wounded."

16. Attached as Ex. K is a February 23, 2011 article from New Jersey Jewish News, titled "Montclair Rabbi Leads Effort to OK Muslim Center; Opponents Claim 'Land-Use' Objections to Bridgewater Site." The article is about a group of rabbis offering their support to the Al Falah. The article quotes the Somerset County Tea Party president:

> "Certainly a Muslim mosque raises questions about where the money is coming from and the principals involved and any association with terrorism. I have not brought that forward to raise opposition awareness to this mosque, but I am certainly not going to apologize for asking that question."

17. Attached as Ex. L is a February 26, 2011 post on the Somerset County Tea Party's Facebook page, linking to the "Montclair Rabbi Leads Effort to OK Muslim Center" article attached as Ex. K. There are two comments to the post:

- "......until the mullahs cut their heads off---------------FOOLS"
- "Where's the full disclosure? Why here, why now, where is the money coming from, who is behind it? This area is not sufficient for this type of project, if you drive by you will see this, it's not rocket science, really. The 'Rabbi' should reach out in his own community, if you feel that strongly, plot out some land in Montclair, share your "love" out there."

**Press and Online Commentary Following the February 28, 2011**
**<u>Planning Board Hearing on the Al Falah Site Plan Application</u>**

18. Attached as Ex. M is a March 1, 2011 article from MyCentralJersey.com titled, "Bridgewater Mosque Hearing Draws Hundreds." The article is about the February 28, 2011 Planning Board hearing on the Al Falah Site Plan Application. There are 27 comments posted in response to the article, including:

- "I agree with blitzwurfel If I want to live among people who consider me and 'Infidel' I will move to one of their neighborhoods. Why do they feel the need to infiltrate peaceful neighborhoods where maybe people chose to live to avoid them. Perhaps that's part of the plan. No need to be confrontational with them, just stay away from me. Because of political correctness, issues are forced down our throats and we are not supposed to object. I'm sick and tired of it. Where was 'Political Correctness' on 9/11. People coming into this country through ellis island made attempts to assimilate. If you don't like our

customs, GO HOME. You are entering my home, not the other way around. I am also sick of the term racist. No matter what you nationality, even American if you are disrespecting this country you are all on the same level as far as I'm concerned, and need to go somewhere else. Buh Bye"

- "No Mosque!!!!! Have you noticed, since 2001, more and more mosques have been built in this country. There is a reason why everyone is up in arms about these mosques. It is called: SEPTMEBER 11TH, 2001. DON'T FORGET WHAT HAPPENED!!! NEVER FORGET!!! Sleeper cell mosques are being built all over this country. You think 911 was bad? No more mosques!!!!!!!!!!!!!!!!"

**Press and Online Commentary in Advance of the**
**March 14, 2011 Township Council Meeting on Ordinance 11-03**

19. Attached as Ex. N is a March 3, 2011 opinion piece published on MyCentralJersey.com titled, "Bridgewater Council's Move to Block Mosque Project Unfair." The piece questions the fairness of Bridgewater officials' proposed ordinance to restrict the zoning for houses of worship. There are 11 comments posted in response to the article, including:

- "BLOCK IT!!!! I don't trust what goes on it a Mosque and you shouldn't either!"

20. Attached as Ex. O is a printout from the Somerset County Tea Party website. The website provides an update, as of March 7, 2011, on the "Mosque Proposed in Bridgewater." The Somerset County Tea Party asks for donations to be made to the Concerned Bridgewater Residents for Community Preservation in order to assist the group in their "legal effort" to "preserve their neighborhood."

21. Attached as Ex. P is a March 11, 2011 article from NJ.com titled, "Americans, not Foreigners." The article is about Muslim Americans' experience of being treated as foreigners in their own country. There are 42 comments posted in response to the article, including:

- "Mr Abdelkader

Stop it already! You are breaking my heart!
Please read comments by noamnesty above.
If we do not have reason to suspect ALL muslims after 9-11 and subsequent plots, then when? What would you have us do? Nothing?

God Bless Peter King (note: God not Allah)"

- "The USA banned the entry of Nazis into the US. Was that un-American too? It is insanity to to NOT question those members of a group whose founder insisted that non-believers be Killed, Konquered or Enslaved and who urged his follwers to practice torture and terrorism. I do not understand why the instinct for self preservation is being viewed as un-American or bigotry.

- "When is the last time a bunch of Jews, Christians, or Buddhists buried a woman up to her waist in the ground and proceeded to stone her to death? How many of the above have slit their daughter's throat for shaming the family?"

**Press and Online Commentary Following the**
**<u>March 14, 2011 Township Council Meeting on Ordinance 11-03</u>**

22. Attached as Ex. Q is a March 15, 2011 article from the Bridgewater Patch titled, "Houses of Worship to be Permitted Only Near Highways--Proposed Mosque Must Be Moved." The article is about the events leading up to the March 14, 2011 Township Council meeting at which Ordinance 11-03 was adopted. There are 8 comments posted in response to the article, including:

- "Let's forget the political correctness for a moment. which is destroying the fabric of our great country, and speak in truthful terms. Right now Muslims and Mosques do not have a stellar track record of peaceful coexistence. So take your Mosque and yourself an seek out a nice desert location, preferably about a half a world away."

23. Attached as Ex. R is a March 20, 2011 article from NJ.com titled, "Discussion to Transform Inn into Bridgewater's First Mosque Turns into War of Words." The article is about outcome of the adoption of Ordinance 11-03 by the Township Council on March 14, 2011. There are 70 comments posted in response to the article, including:

- "I have eaten there many times, and every time I have vomited before the meal was over. However, in order to promote tolerance, I offer the Muslims any of my used vomit, should they find some and have a desire to use it."

- "Bury some pigs on the property. Trust me, they'll stay away."

- "What is this country becoming? Our country was founded on our religion, Christianity, not Muslim. Someone open a gay bar down the street, PLEASE. I love my country and we will not foget thousands of americans died on 9/11 in the WORLD TRADE CENTER, PENNSYLVANIA AND THE PENTAGON and if we did that to their country we wouldn't be allowed to bring our religion of Christianity to their country. What freaken nerve. Americans have we had enough of this yet??????????? GOD BLESS AMERICA"

- "Our country, our culture get f. out"

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2011

Erik C. Walsh